CO-386-online
10/03

# United States District Court
# For the District of Columbia

The James Madison Project   )
                            )
                            )
                            )
            Plaintiff       )    Civil Action No. 07-_____
     vs                     )
                            )
Central Intelligence Agency )
                            )
                            )
            Defendant       )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  The James Madison Project  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  The James Madison Project  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Mark S. Zaid_
Signature

Mark S. Zaid
Print Name

440532
BAR IDENTIFICATION NO.

1250 Connecticut Avenue, N.W., Suite 200
Address

Washington, D.C.   20036
City            State       Zip Code

202-454-2809
Phone Number