IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, )<br>)<br>      Defendant. )<br>)<br>_____) | Case No. 1:07cv01382 (RMU) |

**JOINT STATUS REPORT**

Plaintiff, The James Madison Project, filed this FOIA suit on July 30, 2007, seeking "copies of all internal CIA documents constituting guidelines, regulations or policy memoranda pertaining to the operation of the Publications Review Board (PRB)." Defendant Central Intelligence Agency ("CIA") filed its answer on September 7, 2007, and the Court ordered submission of a joint status report by November 2, 2007.

The parties conferred on November 1, 2007, and agreed to the following: (1) the CIA will complete processing of the documents responsive to plaintiff's request and release to plaintiff any non-exempt documents or portions of documents by January 11, 2008; (2) the parties will confer with respect to the CIA's release (if any) of documents by January 25, 2008; and (3) if, after conferring, the parties do not agree that the CIA's release of any non-exempt documents or portions of documents resolves the issues in this case, the CIA will move for summary judgment on or before March 25, 2008.

Dated: November 2, 2007

Respectfully submitted,

| | |
|---|---|
| /s/ Vesper Mei | /s/ Mark S. Zaid |
| Vesper Mei (D.C. Bar #455778) | Mark S. Zaid (D.C. Bar #440532) |
| Trial Attorney | Mark S. Zaid, P.C. |
| U.S. Department of Justice | 1250 Connecticut Ave., NW |
| Civil Division | Suite 200 |
| Federal Programs Branch | Washington, D.C. 20036 |
| P.O. Box 883 | (202) 454-2809 |
| Washington, D.C. 20044 | (202) 330-5610 fax |
| (202) 514-4686 | Mark@MarkZaid.com |
| (202) 616-8470 | |
| vesper.mei@usdoj.gov | Attorney for Plaintiff |
| | |
| Attorney for Defendant | |