# United States District Court
# For the District of Columbia

THE JAMES MADISON PROJECT,

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER   07-01382 (RMU) |
| CENTRAL INTELLIGENCE AGENCY | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of   Bradley P. Moss            as counsel in this
(Attorney's Name)

case for:   The James Madison Project
(Name of party or parties)

1/31/08
Date

975905
BAR IDENTIFICATION

Signature

Bradley P. Moss
Print Name

1250 Connecticut Avenue, NW Ste. 200
Address

Washington  DC           20036
City       State          Zip Code

(202) 907-7945
Phone Number