IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, )<br>  )<br>   Plaintiff, )<br>  )<br>v.  )<br>  )<br>CENTRAL INTELLIGENCE AGENCY, )<br>  )<br>   Defendant. )<br>  )<br>_____ ) | Case No. 1:07cv01382 (RMU) |

**DEFENDANT'S UNOPPOSED MOTION FOR ONE-MONTH EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. (6)(b)(1), Defendant Central Intelligence Agency (CIA), by and through undersigned counsel, respectfully moves this Court for a one-month enlargement of time, up to and including April 25, 2008, to move for summary judgment in this case. In compliance with LCvR 7(m), counsel has discussed the relief requested with counsel for Plaintiff, who has stated that he does not oppose this motion. In support of this Motion, Defendant states as follows:

1.  Plaintiff, The James Madison Project, filed this FOIA suit on July 30, 2007, seeking "copies of all internal CIA documents constituting guidelines, regulations or policy memoranda pertaining to the operation of the Publications Review Board (PRB)."

2.  Pursuant to the parties' Joint Status Report, filed on November 2, 2007 (Docket # 5), the CIA has completed processing of the documents responsive to Plaintiff's request and released to Plaintiff the non-exempt documents or portions of documents. The parties have additionally been conferring with respect to the CIA's release of documents. The CIA's

summary judgment motion is currently due by March 25, 2008.

3. Plaintiff's counsel has posed a number of questions that have required follow-up by the CIA, which has been diligently looking into the questions posed, but which requires some additional time in order to fully answer these questions. In addition, Agency counsel will be out of the office in trial for two weeks in early March, which will make coordination within the Agency (and with Department of Justice counsel) difficult for purposes of the summary judgment motion.

4. This is the first extension of time requested in this case by either party. There are no other deadlines currently scheduled in this case. The parties jointly propose that Plaintiff's Opposition to Defendant's Motion will be due on May 27, 2008, and the Defendant's Reply will be due on June 24, 2008.

5. Defendant requests this one-month extension of time to be able to prepare a thorough summary judgment motion. Defendant does not believe that Plaintiff will be prejudiced by this delay, and Plaintiff does not oppose this motion.

Dated: February 29, 2008

        Respectfully submitted,

        JEFFREY S. BUCHOLTZ
        Acting Assistant Attorney General

        JEFFREY A. TAYLOR
        United States Attorney

        ELIZABETH J. SHAPIRO
        Assistant Branch Director


        /s/ Vesper Mei
        VESPER MEI

(D.C. Bar No. 455778)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-4686
Facsimile:  (202) 616-8470 (fax)
E-mail: vesper.mei@usdoj.gov

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT,                )<br>                                                                    )<br>            Plaintiff,                                  )<br>                                                                    )<br>    v.                                                          )        Case No. 1:07cv01382 (RMU)<br>                                                                    )<br>CENTRAL INTELLIGENCE AGENCY,   )<br>                                                                    )<br>            Defendant.                              )<br>                                                                    )<br>_____) | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR ONE-MONTH EXTENSION OF TIME TO FILE
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Upon consideration of Defendant's Unopposed Motion for One-Month Extension of Time to File Motion for Summary Judgment, IT IS HEREBY ORDERED THAT

Defendant's Motion is GRANTED.  Defendant's Motion for Summary Judgment will be due by April 25, 2008.  Plaintiff's Opposition to Defendant's Motion will be due by May 27, 2008.  Defendant's Reply will be due by June 24, 2008.


DATED: _____         _____
                                                                            THE HONORABLE RICARDO M. URBINA
                                                                            UNITED STATES DISTRICT JUDGE