**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE JAMES MADISON PROJECT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07cv01382 (RMU) |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR FIVE-WEEK EXTENSION OF TIME TO**
**FILE MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. (6)(b)(1), defendant Central Intelligence Agency ("CIA"), by and through undersigned counsel, respectfully moves this Court for a five week enlargement of time, up to and including May 30, 2008, to move for summary judgment in this case.  In compliance with LCvR 7(m), counsel has discussed the relief requested with counsel for plaintiff, who has stated that he does not oppose this motion.  In support of this Motion, defendant states as follows:

1.      Plaintiff, The James Madison Project, filed this FOIA suit on July 30, 2007, seeking "copies of all internal CIA documents constituting guidelines, regulations or policy memoranda pertaining to the operation of the Publications Review Board (PRB)."

2.      This case overlaps in part with The James Madison Project v. Central Intelligence Agency, 07-cv-01154 (RMU) ("JMP I"), a FOIA suit that sought, inter alia, copies of all internal CIA regulations on or pertaining to the PRB.  In negotiating a schedule in JMP I, the parties agreed to treat plaintiff's FOIA request as a request for copies of the versions of the CIA

regulations that it sought that were current as of June 27, 2007.  See JMP I, Docket #8.

3.      Pursuant to the parties' Joint Status Report in this case ("JMP II"), filed on November 2, 2007 (Docket # 5), the CIA searched for and processed documents responsive to plaintiff's request in this case and released to plaintiff the non-exempt documents or portions of documents.  As a result of the parties' agreement in JMP I, the CIA did not specifically search for or process any versions of the PRB regulation that were in effect prior to June 27, 2007 (although there were a few prior versions attached to memoranda that the CIA found, processed, and released).  By letter dated January 17, 2008, plaintiff responded to the CIA's release of documents in JMP II with a number of objections, but did not mention the omission of prior versions of the PRB regulations.  The defendant's motions for summary judgment in both JMP I and JMP II are currently due on April 25, 2008.

4.      Recently, in the process of preparing for the summary judgment motion in JMP II, the CIA realized that it had not searched for versions of the PRB regulation prior to the one that was in effect on June 27, 2007, and that plaintiff's FOIA request in JMP II could be read to encompass those prior versions of the regulation.  After learning this, and because plaintiff's counsel had not independently raised the issue, undersigned counsel contacted plaintiff's counsel to clarify whether release of the PRB regulation that was in effect on June 27, 2007 would be sufficient, or whether plaintiff sought prior versions of the regulation as well.  Plaintiff's counsel responded that he was, in fact, seeking prior versions of the PRB regulation.

5.      As a result of plaintiff's request for the prior versions of the PRB regulation, the CIA has begun to search for prior versions of the PRB regulation.  In order to have sufficient time to complete its search and processing of these documents, release them to plaintiff, and to

prepare its summary judgment motion, the defendant requests a five-week extension of time to file its motion for summary judgment in this case, or up to and including May 30, 2008. Defendant does not believe that plaintiff will be prejudiced by this delay, and plaintiff does not oppose this motion.

6.      This is the second extension of time requested in this case by the defendant.  It will affect only the briefing schedule for the remainder of the summary judgment motion. Plaintiff's Opposition to Defendant's Motion will now be due on June 30, 2008, and the Defendant's Reply will be due on July 28, 2008.

Dated: April 11, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


   /s/ Vesper Mei
VESPER MEI
(D.C. Bar No. 455778)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-4686
Facsimile:  (202) 616-8470 (fax)
E-mail: vesper.mei@usdoj.gov

Counsel for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE JAMES MADISON PROJECT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07cv01382 (RMU) |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR FIVE-WEEK EXTENSION OF TIME TO FILE
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Upon consideration of Defendant's Unopposed Motion for Five-Week Extension of Time

to File Motion for Summary Judgment, IT IS HEREBY ORDERED THAT

Defendant's Motion is GRANTED.  Defendant's Motion for Summary Judgment will be

due by May 30, 2008.  Plaintiff's Opposition to Defendant's Motion will be due by June 30,

2008, and Defendant's Reply will be due on July 28, 2008.


DATED: _____    _____
                                  THE HONORABLE RICARDO M. URBINA
                                  UNITED STATES DISTRICT JUDGE