UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE JAMES MADISON PROJECT | * |
| Plaintiff, | * |
| v. | * Civil Action No. 07-01382 (RMU) |
| CENTRAL INTELLIGENCE AGENCY | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENTED-TO MOTION FOR
EXTENSION OF TIME TO SUBMIT OPPOSITION BRIEF**

NOW COMES the plaintiff The James Madison Project, by and through its undersigned counsel, to respectfully move the Court for an extension of time to on or before July 14, 2008, in which to submit plaintiff's response to defendant's Motion for Summary Judgment. The present due date is June 30, 2008, with defendant's reply brief set to be due on July 28, 2008. Granting this request for an extension would result in the due date for defendant's reply brief being set for August 11, 2008. This is the first request by plaintiff for an extension of time.

Defendant's motion was filed on May 30, 2008. This litigation has already resulted in the disclosure of approximately at least two hundred (200) pages of documents by the defendant – with additional, incremental releases occurring within the last few weeks - which have required review by plaintiff's counsels. As this Court is aware, both of plaintiff's counsels have been contemporaneously engaged in similarly time-consuming litigation against defendant in an action encompassing three hundred eighty-five (385) pages of documents; The James Madison Project v. CIA, 07-01154 (D.D.C.)(RMU).

Moreover, both of plaintiff's counsels have been engaged in over one dozen time sensitive matters before the Department of Army, Transportation Security Administration, Central Intelligence Agency, and Defense Intelligence Agency pertaining to security clearance revocations/denials and personnel actions. Lastly, plaintiff's counsels have separately contended with two pre-arranged family vacations and a bout of the flu, respectively, which have caused delays in their schedules.

Plaintiff's counsels also have had to contend with several briefing deadlines or other obligations in at least the following cases: Rempfer et al. v. Dep't of Defense et al., No. 08-____ (D.C. Cir), SSgt Frank Wuterich v. Congressman John Murtha, No. 07-5379 (D.C. Cir), The James Madison Project v. CIA, 07-2306 (D.D.C.)(RBW), and German v. Bethesda Fire Department et al., Civil Action No. 05-494 (D.Md).

Plaintiff's undersigned counsel has discussed this request with counsel for the defendant and she has consented to this request. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this motion.

Date: June 27, 2008

Respectfully submitted,

Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
DC Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE JAMES MADISON PROJECT

    Plaintiff,

        v.

CENTRAL INTELLIGENCE AGENCY

    Defendant.

Civil Action No. 07-01382 (RMU)

## ORDER

Upon consideration of Plaintiff's Consented-To Motion for an Extension of Time in Which to Submit Opposition Brief, and the entire record herein, it is this ____ day of June 2008, hereby

    ORDERED, that plaintiff's Motion is granted; and further

    ORDERED, that plaintiff's Opposition is due on or before July 14, 2008; and further;

    ORDERED, that defendant's reply is due on or before August 11, 2008.

                                              _____
                                              UNITED STATES DISTRICT JUDGE