# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES MADISON PROJECT, et al. | ) |
| | ) |
| Plaintiff | ) |
| vs. | ) |
| | ) Civil Action No. 07-cv-1382 (RMU) |
| CENTRAL INTELLIGENCE AGENCY, | ) |
| | ) |
| Defendant | ) |
| | ) |

## NOTICE OF APPEARANCE

Please take notice that James C. Luh will appear in this action as counsel for defendant Central Intelligence Agency. Mr. Luh appears in this action pursuant to Local Civil Rule 83.2(e) of the Rules of the United States District Court for the District of Columbia and does not have a bar identification number.

Dated: September 4, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOHN R. TYLER
Senior Trial Counsel

/s/ JAMES C. LUH
JAMES C. LUH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
Attorneys for Defendant

## <u>CERTIFICATION OF FAMILIARITY WITH LOCAL RULES OF COURT</u>

I hereby certify that I am familiar with the Local Rules of the United States District Court for the District of Columbia.

/s/ JAMES C. LUH
JAMES C. LUH